AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Richard Hall, on behaf of Plaintiff and a class <br><br> *Plaintiff(s)* <br> v. <br> East Line Lending, LLC; Crystal Chapman-Chevalier; Wolf River Development Company; New Platform Fund, LLC; and John Does 1-20 <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-01385 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  East Line Lending, LLC
W2818 Warrington Road
Keshena, WI 54135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Ste. 1800
Chicago, IL 60603
(312) 739-4200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Richard Hall, on behaf of Plaintiff and a class <br><br> *Plaintiff(s)* <br> v. <br> East Line Lending, LLC; Crystal Chapman-Chevalier; Wolf River Development Company; New Platform Fund, LLC; and John Does 1-20 <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-01385 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Crystal Chapman-Chevalier
W2907 Tribal Office Loop Road
Keshena, WI 54135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Ste. 1800
Chicago, IL 60603
(312) 739-4200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Richard Hall, on behaf of Plaintiff and a class <br><br> *Plaintiff(s)* <br> v. <br> East Line Lending, LLC; Crystal Chapman-Chevalier; Wolf River Development Company; New Platform Fund, LLC; and John Does 1-20 <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-01385 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Wolf River Development Company
W2907 Tribal Office Loop Road
Keshena, WI 54135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Ste. 1800
Chicago, IL 60603
(312) 739-4200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Richard Hall, on behaf of Plaintiff and a class<br><br>*Plaintiff(s)*<br><br>v.<br><br>East Line Lending, LLC; Crystal Chapman-Chevalier; Wolf River Development Company; New Platform Fund, LLC; and John Does 1-20<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-01385 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  New Platform Fund, LLC
　　　　　　　　　　　　　　　　　　　W2818 Warrington Road
　　　　　　　　　　　　　　　　　　　Keshena, WI 54135

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Edelman, Combs, Latturner & Goodwin, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　20 S. Clark St., Ste. 1800
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　　　　　　　　(312) 739-4200

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*