IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD HALL, on behalf of Plaintiff and the class members described below, <br><br> Plaintiffs, <br><br> vs. <br><br><br> EAST LINE LENDING, LLC; <br> CRYSTAL CHAPMAN-CHEVALIER; <br> WOLF RIVER DEVELOPMENT COMPANY; <br> NEW PLATFORM FUND, LLC; <br> and JOHN DOES 1-20, <br><br> Defendants. | 1:24-cv-1385-JPH-KMB |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7(b) of the United States District Court for the Southern District of Indiana, attorney Lucas Coughlin ("Movant") respectfully requests that the Court permit him leave to withdraw his appearance on behalf of Plaintiff Richard Hall ("Plaintiff"). As of October 17, 2024, the undersigned will no longer be affiliated with Edelman, Combs, Latturner & Goodwin, LLC. Plaintiff will continue to be represented by Daniel A. Edelman and Heather Kolbus of Edelman, Combs, Latturner & Goodwin, LLC. Movant's withdrawal will not prejudice any party in this matter.

WHEREFORE, Movant respectfully requests that the Court permit him to withdraw his appearance for Plaintiff.

Dated: October 16, 2024               Respectfully submitted,

/s/ *Lucas M. Coughlin*
Daniel A. Edelman
Heather Kolbus
Lucas M. Coughlin
**EDELMAN, COMBS, LATTURNER**

1

**& GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Lucas M. Coughlin, hereby certify that on October 16, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                                                    */s/ Lucas M. Coughlin*
                                                                    Lucas M. Coughlin


Daniel A. Edelman
Heather Kolbus
Lucas M. Coughlin
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)