IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD HALL, ) <br> on behalf of Plaintiff and the class members ) <br> described below, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> EAST LINE LENDING, LLC; ) <br> CRYSTAL CHAPMAN-CHEVALIER; ) <br> WOLF RIVER DEVELOPMENT COMPANY; ) <br> NEW PLATFORM FUND, LLC; ) <br> and JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | 1:24-cv-1385-JPH-KMB |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE
TO WITHDRAW APPEARANCE**

This matter coming to be heard on consideration of attorney Lucas M. Coughlin's Motion for Leave to Withdraw Appearance, all parties having notice and the Court being fully advised in its premises, it is hereby ORDERED, that the Motion for Leave to Withdraw Appearance is granted. The appearance of Lucas M. Coughlin for Plaintiff is hereby withdrawn.

**IT IS SO ORDERED.**

Dated: _____

JAMES PATRICK HANLON, JUDGE
United States District Court

Service will be made electronically on
all ECF-registered counsel of record
via email generated by the Court's ECF
system.