IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD HALL, on behalf of Plaintiff and the class members described below, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) 1:24-cv-1385-JPH-KMB ) |
| EAST LINE LENDING, LLC; CRYSTAL CHAPMAN-CHEVALIER; WOLF RIVER DEVELOPMENT COMPANY; NEW PLATFORM FUND, LLC; and JOHN DOES 1-20, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES

Plaintiff Richard Hall and Defendants East Line Lending, LLC, Crystal Chapman-Chevalier, Wolf River Development Company, and New Platform Fund, LLC hereby notify this Court that they have settled this case in principle and expect to file dismissal papers within the next sixty (60) days. The parties respectfully request that all deadlines be stayed while they negotiate a written settlement agreement.

Respectfully submitted,

*s/ Heather Kolbus*
Daniel A. Edelman
Heather Kolbus
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

*s/ Mark Bogdanowicz (w/ consent)*
Mark Bogdanowicz
**SPENCER FANE, LLP**
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100
mbogdanowicz@spencerfane.com

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on October 25, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                            *s/ Heather Kolbus*
                                            Heather Kolbus

Daniel A. Edelman
Heather Kolbus
**EDELMAN, COMBS, LATTURNER**
        **& GOODWIN, LLC**
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)