UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-01385-JPH-KMB |
| ) | |
| EAST LINE LENDING, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER DIRECTING FILING OF DOCUMENTS AUTHORIZING DISMISSAL

The parties have filed a notice of settlement with the Court. [Dkt. 23.] Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**. **Within 60 days** of the date of this entry, the Parties shall file the appropriate dismissal papers. Additional time may be granted if requested in writing before expiration of this period.

**SO ORDERED**.

Date: 10/28/2024

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Mark A. Bogdanowicz
ICE MILLER LLP (Indianapolis)
mbogdanowicz@spencerfane.com

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
courtecl@edcombs.com

Heather A. Kolbus
Edelman, Combs, Latturner & Goodwin, LLC
hkolbus@edcombs.com