# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD HALL, on behalf of Plaintiff and the class members described below, <br><br> Plaintiffs, <br><br> vs. <br><br> EAST LINE LENDING, LLC; <br> CRYSTAL CHAPMAN-CHEVALIER; <br> WOLF RIVER DEVELOPMENT COMPANY; <br> NEW PLATFORM FUND, LLC; <br> and JOHN DOES 1-20, <br><br> Defendants. | 1:24-cv-1385-JPH-KMB |

> The court acknowledges the Stipulation of Dismissal, Dkt. [25]. The Clerk is DIRECTED to close this case on the docket.
> JPH 11/26/2024.
> Distribution via ECF.

## STIPULATION TO DISMISS

Now come the Parties, Plaintiff Richard Hall ("Plaintiff") and Defendants East Line Lending, LLC, Crystal Chapman-Chevalier, Wolf River Development Company, and New Platform Fund, LLC (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

*s/ Heather Kolbus*
Daniel A. Edelman
Heather Kolbus
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

*s/ Mark Bogdanowicz (w/ consent)*
Mark Bogdanowicz
**SPENCER FANE, LLP**
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100
mbogdanowicz@spencerfane.com

1